■ DONALD P. SCHULER et al., Appellants-Respondents, v S & S CORRUGATED PAPER MACHINERY Co. et al., Defendants, DON MOWRY FLEXO, INC., Respondent-Appellant, and VALCO CINCINNATI, INC., Respondent. DON MOWRY FLEXO, INC., Third-Party Plaintiff-Appellant, v COPAR CORP., Third-Party Defendant-Respondent, et al., Third-Party Defendant. [832 NYS2d 708]—

Appeal and cross appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered May 12, 2006 in a personal injury action. The order granted the motion of defendant Valco Cincinnati, Inc. for summary judgment dismissing the complaint and cross claims against it, granted the motion of third-party defendant Copar Corp. for summary judgment dismissing the third-party complaint against it and denied in part the motion of defendant-third-party plaintiff for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: We affirm for reasons stated in the decision at Supreme Court. We add only that defendant Valco Cincinnati, Inc. (Valco) established its entitlement to judgment as a matter of law by establishing that its component parts were not defective and did not contribute to the accident involving plaintiff Donald P. Schuler (*see e.g. Jones v W + M Automation, Inc.*, 31

AD3d 1099 [2007], *lv denied* 8 NY3d 802; *Hothan v Herman Miller, Inc.*, 294 AD2d 333, 333-334 [2002]; *Ayala v V & O Press Co.*, 126 AD2d 229, 234-235 [1987]). Although Valco would periodically make repairs to its component parts on the machine at issue, we conclude that, in the absence of a routine maintenance contract or other ongoing relationship requiring Valco to service the machine, Valco had no duty to inspect the machine or to warn about defects " 'unrelated to the problem that it was summoned to correct' " (*Rutherford v Signode Corp.*, 11 AD3d 922, 923 [2004], *lv denied* 4 NY3d 702 [2005]; cf. *Dauernheim v Lendlease Cars*, 238 AD2d 462, 463 [1997]). Present—Gorski, J.P., Martoche, Smith, Lunn and Pine, JJ.